## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE MARGETAS et al.,        :
                **Plaintiff,**        :
                             :

        v.        :        **CIVIL NO. 25-6163**
                             :

SEVASTI P. MARGETAS,        :
                **Defendants.**        :
                             :

### ORDER

**AND NOW**, this **11th** day of **June 2026**, upon consideration of Defendant Sevasti Margetas's Motion for Judgment on the Pleadings (ECF No. 11) and the responsive briefing thereto and for reasons explained in an accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 11) is **GRANTED IN PART** and **DENIED IN PART**.

2. Count I (conversion), Count II (trespass to chattels), and Count V (fraud) are **DISMISSED WITHOUT PREJUDICE**.

3. Count IV (breach of confidential relationship), Count VI (violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030), Count VII (request for a constructive trust), and Count VIII (request for accounting) are **DISMISSED WITH PREJUDICE**.

4. Plaintiff may file an amended complaint within **30 calendar days** of entry of this Order.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge